UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 18-36501 |
|---|---|---|
| | § | |
| PLANT PRO INC., | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Janet S. Northrup, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $301,788.19 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $403,111.37 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $177,640.18 | | |

3) Total gross receipts of $580,751.55 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $580,751.55 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $76,220.69 | $379,985.26 | $361,828.14 | $361,828.14 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $177,640.18 | $177,640.18 | $177,640.18 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $14,185.23 | $14,185.23 | $14,185.23 |
| General Unsecured Claims (from **Exhibit 7**) | $1,851,480.36 | $1,111,091.91 | $1,111,091.91 | $27,098.00 |
| **Total Disbursements** | $1,927,701.05 | $1,682,902.58 | $1,664,745.46 | $580,751.55 |

4). This case was originally filed under chapter 7 on 11/20/2018. The case was pending for 22 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/24/2020          By: /s/ Janet S. Northrup
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts receivables- Over 90 days old | 1121-000 | $15,292.75 |
| 35830 Brumlow Road Hempstead, TX 77445 35830 Brumlow Road ABS A304100 A-41 JUSTO LIENDO TRACT 208-5 ACRES .6117 P/O 19.1 | 1129-000 | $470,250.00 |
| John Deere Model 3032 3.7 hours Located at: 35830 Brumlow Road Hempstead, TX 77445 | 1129-000 | $7,732.28 |
| Kase B-Line Flat Filler Located at: 35830 Brumlow Road Hempstead, TX 77445 | 1129-000 | $87,400.00 |
| Cash on hand | 1229-000 | $6.25 |
| Verizon- Credit Refund | 1229-000 | $70.27 |
| **TOTAL GROSS RECEIPTS** | | **$580,751.55** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Deere & Company d/b/a John Deere Financial | 4110-000 | $22,478.27 | $18,157.12 | $0.00 | $0.00 |
| 11 | Waller County Tax Assessor-Collector | 4110-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| | Amegy Bank | 4210-000 | $0.00 | $345,637.00 | $345,637.00 | $345,637.00 |
| | Property taxes | 4700-000 | $0.00 | $15,919.05 | $15,919.05 | $15,919.05 |
| | Waller County Tax Assessor | 4700-000 | $0.00 | $272.09 | $272.09 | $272.09 |
| | Amegy Bank of Texas | 4110-000 | $17,874.59 | $0.00 | $0.00 | $0.00 |
| | Brookside Equipment Sales Inc | 4110-000 | $9,700.00 | $0.00 | $0.00 | $0.00 |
| | John Deer Financial | 4110-000 | $6,861.65 | $0.00 | $0.00 | $0.00 |
| | John Deer Financial | 4110-000 | $9,306.18 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$76,220.69** | **$379,985.26** | **$361,828.14** | **$361,828.14** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janet S. Northrup, Trustee | 2100-000 | NA | $32,287.58 | $32,287.58 | $32,287.58 |
| Janet S. Northrup, Trustee | 2200-000 | NA | $570.86 | $570.86 | $570.86 |
| International Sureties, LTD. | 2300-000 | NA | $44.24 | $44.24 | $44.24 |
| Closing costs | 2500-000 | NA | $3,561.15 | $3,561.15 | $3,561.15 |
| George Adams & Company Insurance Agency LLC | 2990-000 | NA | $3,275.95 | $3,275.95 | $3,275.95 |
| Hughes Watters Askanase | 2990-000 | NA | $738.46 | $738.46 | $738.46 |
| HughesWattersAskanase, Attorney for Trustee | 3110-000 | NA | $48,774.50 | $48,774.50 | $48,774.50 |
| HughesWattersAskanase, Attorney for Trustee | 3120-000 | NA | $734.69 | $734.69 | $734.69 |
| KenWood & Associates, PC, Accountant for Trustee | 3410-000 | NA | $9,675.40 | $9,675.40 | $9,675.40 |
| KenWood & Associates, PC, Accountant for Trustee | 3420-000 | NA | $176.00 | $176.00 | $176.00 |
| Tranzon Asset Advisors of Texas, LLC, Auctioneer for Trustee | 3610-000 | NA | $15,200.00 | $15,200.00 | $15,200.00 |
| Tranzon Asset Advisors of Texas, LLC, Auctioneer for Trustee | 3620-000 | NA | $19,851.35 | $19,851.35 | $19,851.35 |
| Auctioneer fees, On-Line Auctioneer for Trustee | 3630-000 | NA | $42,750.00 | $42,750.00 | $42,750.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $177,640.18 | $177,640.18 | $177,640.18 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7a | Department of the Treasury - Internal Revenue Service | 5800-000 | $0.00 | $14,185.23 | $14,185.23 | $14,185.23 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $14,185.23 | $14,185.23 | $14,185.23 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Penske Truck Leasing Co., L.P. | 7100-000 | $4,000.00 | $3,959.20 | $3,959.20 | $96.56 |
| 2 | Star Rose & Plants | 7100-000 | $18,635.68 | $18,635.68 | $18,635.68 | $454.50 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | $62,046.24 | $64,508.03 | $64,508.03 | $1,573.26 |
| 4 | Zions Bancorporation, N.A., d/b/a Amegy Bank | 7100-000 | $943,239.21 | $751,503.60 | $751,503.60 | $18,328.14 |
| 6 | Texas Mutual Insurance Company | 7100-000 | $3,287.00 | $6,134.59 | $6,134.59 | $149.61 |
| 7b | Department of the Treasury - Internal Revenue Service | 7100-000 | $0.00 | $344.47 | $344.47 | $8.41 |
| 8 | Nitro-Phos Fertilizers Inc. | 7100-000 | $49,459.24 | $42,186.26 | $42,186.26 | $1,028.86 |
| 9 | Ball Horticultural Company | 7100-000 | $222,976.60 | $222,976.60 | $222,976.60 | $5,438.09 |
| 10 | San Bernard Electric | 7100-000 | $0.00 | $843.48 | $843.48 | $20.57 |
| | Abbott-IPCO, Inc | 7100-000 | $10,002.86 | $0.00 | $0.00 | $0.00 |
| | Amegy Bank of Texas | 7100-000 | $173,112.82 | $0.00 | $0.00 | $0.00 |
| | AT&T Corp | 7100-000 | $261.18 | $0.00 | $0.00 | $0.00 |
| | Bellville Main Office | 7100-000 | $599.54 | $0.00 | $0.00 | $0.00 |
| | Brian Rose | 7100-000 | $90,000.00 | $0.00 | $0.00 | $0.00 |
| | Comdata Universal MasterCard | 7100-000 | $11,836.93 | $0.00 | $0.00 | $0.00 |
| | Grainger | 7100-000 | $58.07 | $0.00 | $0.00 | $0.00 |
| | Griffin Greenhouse & Nursery Supplies | 7100-000 | $49,785.62 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Kinney Bonded Warehouse, Inc. | 7100-000 | $22,512.08 | $0.00 | $0.00 | $0.00 |
| KPS Sales Inc. | 7100-000 | $13,084.82 | $0.00 | $0.00 | $0.00 |
| Lending Club | 7100-000 | $47,103.03 | $0.00 | $0.00 | $0.00 |
| Lending Club | 7100-000 | $24,239.07 | $0.00 | $0.00 | $0.00 |
| Multi Packing Solutions | 7100-000 | $6,401.55 | $0.00 | $0.00 | $0.00 |
| NexTraq | 7100-000 | $404.85 | $0.00 | $0.00 | $0.00 |
| Nitro-Phos Fertilizers Inc. | 7100-000 | $7,272.98 | $0.00 | $0.00 | $0.00 |
| Republic Services | 7100-000 | $558.45 | $0.00 | $0.00 | $0.00 |
| SBI Software | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Texas Disposal Systems | 7100-000 | $170.08 | $0.00 | $0.00 | $0.00 |
| Vonage America | 7100-000 | $132.46 | $0.00 | $0.00 | $0.00 |
| Wayne Gross | 7100-000 | $90,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $1,851,480.36 | $1,111,091.91 | $1,111,091.91 | $27,098.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 18-36501-H3 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | PLANT PRO INC., | Date Filed (f) or Converted (c): | 11/20/2018 (f) |
| For the Period Ending: | 9/24/2020 | §341(a) Meeting Date: | 12/18/2018 |
| | | Claims Bar Date: | 03/25/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Amegy Bank Checking Account- 0739 | $28,835.00 | $1.00 | | $0.00 | FA |
| Asset Notes: | Will abandon pursuant to 554(c) as burdensome to the Estate. Amegy Bank is the secured creditor that has a security interest in this asset to secure the debt that is of equal or greater value than the value of the asset. The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | |
| 2 | Amegy Bank Savings Account- 9952 | $500.37 | $1.00 | | $0.00 | FA |
| Asset Notes: | Will abandon pursuant to 554(c) as burdensome to the Estate. Amegy Bank is the secured creditor that has a security interest in this asset to secure the debt that is of equal or greater value than the value of the asset. The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | |
| 3 | Accounts Receivable- 90 days or less | $40,594.77 | $1.00 | | $0.00 | FA |
| Asset Notes: | Will abandon pursuant to 554(c) as burdensome to the Estate. Amegy bank is the secured creditor that has a security interest in this asset to secure the debt that is of equal or greater value than the value of the asset. The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | |
| 4 | Accounts receivables- Over 90 days old | $7,500.00 | $20,000.00 | | $15,292.75 | FA |
| Asset Notes: | Secured Creditor | | | | | |
| 5 | 60 Firecrackers $150 400 Silverpony $1,000 45 Purple Hearts $112.50 25 Foxtail Ferns $62.50 4,600 Society Garlic $11,500 750 Iris $1,875 350 Confeti $787.50 100 Dallas Red $225 250 Cuban Gold $625 Located at: 35830 Brumlow Road Hempstead, TX 77445 | $16,337.50 | $1.00 | | $0.00 | FA |
| Asset Notes: | Sold along with asset #6 | | | | | |
| 6 | Kase B-Line Flat Filler Located at: 35830 Brumlow Road Hempstead, TX 77445 | $3,500.00 | $1.00 | | $87,400.00 | FA |
| Asset Notes: | 02/26/19; #21; Order Approving Emergency Motion to Sell Assets | | | | | |
| 7 | Kase Gobbler Bale Buster Located at: 35830 Brumlow Road Hempstead, TX 77445 | $4,000.00 | $1.00 | | $0.00 | FA |
| Asset Notes: | Sold along with asset #6 | | | | | |
| 8 | 50 Greenhouses Located at: 35830 Brumlow Road Hempstead, TX 77445 | $30,000.00 | $1.00 | | $0.00 | FA |
| Asset Notes: | Sold along with asset #6 | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 18-36501-H3 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | PLANT PRO INC., | Date Filed (f) or Converted (c): | 11/20/2018 (f) |
| For the Period Ending: | 9/24/2020 | §341(a) Meeting Date: | 12/18/2018 |
|  |  | Claims Bar Date: | 03/25/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9 | Qty Item Value 60 Waterhose $300.00 5 Brush $25.00 7 Rake $35.00 1 Battery Charger $25.00 29 Decorative Pots $14.50 2 Conveyors $500.00 3 Water Cooler $15.00 8 Portable Heaters $400.00 1 Dramm Sprayer $250.00 6 Backpack Sprayer $150.00 6 Shovel $30.00 10 Extension Cord $50.00 2 Hoe $10.00 3 Gas Container $6.00 1 Trimmer $50.00 3 Water Breaker $3.00 2 Wheelbarrow $10.00 24 GH Heaters $12,000.00 3 Small Table $75.00 5 Roller Conveyor $125.00 75 72ct Tray $7.50 4 Ladder $100.00 10 Loading Lights $50.00 2 Tray Cart $50.00 15 Tag Racks $375.00 2 Crutches $10.00 799 Tag Bins $79.90 5 Tagging Tape $0.50 2 Fire Extinguisher $10.00 3 Screw Box $3.00 1 Spraying Mask $10.00 2 Hanging Racks $20.00 6 Spraying Mask Filters $6.00 51 Gallon Flats $5.10 1 Rachet $0.50 1 Tiller $50.00 2 Astro Rivet Hand Tool $10.00 1 Table Saw $10.00 1 Table Drill $20.00 1 Fan $10.00 3 Tool Box $15.00 1 Seed Planter $50.00 17 Filters $17.00 4 Hunter water valves $4.00 1 Thermostat $5.00 1 Rolatape $1.00 2 Sprayers $200. | $15,275.00 | $1.00 | | $0.00 | FA |
| **Asset Notes:** | Sold along with asset #6 | | | | | |
| 10 | 200 Gallons Sulphuric Acid and other misc. chemicals | $500.00 | $1.00 | | $0.00 | FA |
| **Asset Notes:** | Sold along with asset #6 | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 3    Exhibit 8

| Case No.: | 18-36501-H3 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | PLANT PRO INC., | Date Filed (f) or Converted (c): | 11/20/2018 (f) |
| For the Period Ending: | 9/24/2020 | §341(a) Meeting Date: | 12/18/2018 |
| | | Claims Bar Date: | 03/25/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11 | Office furniture Qty Item Value 1 Table $25.00 1 BookShelf $25.00 1 Bench $5.00 12 Plastic Chairs $60.00 1 Fridge $25.00 4 Microwaves $20.00 1 Ice Machine $150.00 2 Lunch Tables $50.00 5 U-shape desk $125.00 4 File Cabinets $100.00 2 L-shape Desk $50.00 8 Desk Chair $40.00 3 Foldable Chairs $3.00 1 Conference Table $25.00 Located at: 35830 Brumlow Road Hempstead, TX 77445 | $703.00 | $1.00 | | $0.00 | FA |
| **Asset Notes:** | Sold along with asset #6 | | | | | |
| 12 | Office fixtures Qty Item Value 1 Drain pump $10.00 6 Germination Chambers $300.00 20 Assorted Size Batteries $5.00 15 Pens & Highlighters $0.75 15 Post its $0.75 3 Staples Box $0.30 600 Plastic Booking Tags $6.00 1 Fertilizer Gun $50.00 1 B&D Electric Trimmer $10.00 5 Tape Dispenser $0.50 5 Pencil Holder $0.25 12 Desk Inbox $0.60 2 Desk Week White Boards $30.00 8 Trash cans $8.00 8 Binders $2.00 5 Staplers $1.25 5 School Paper $0.50 6 Spraying Mask $30.00 3 Ink Cartridge $3.00 1 Computer Fan $0.10 1 Envelopes Box $0.10 4 Calculators $4.00 5 Paper Holder $0.05 8 Electric wire Box $40.00 11 Electric Wire roll $55.00 1 Scissors $1.00 2 Measuring Tape $2.00 1 Car Battery Charger $5.00 1 Sprayer motor $1.00 1 Metric Squad $1.00 1 Small propane Tank $5.00 1 Jack$5.00 2 Drill Charger $10.00 1 Drill Battery $5.00 2 Air Compressor $200.00 2 Rope $10.00 3 Belt $15.00 4 Spraying Pump $4.00 5 Black Tape Roll $0.50 3 Tire $3.00 2 Water Filter $2.00 1 Alternator $1.00 3 Legged Reflector $0.30 24 Ass | $9,698.55 | $1.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4     Exhibit 8

| Case No.: | 18-36501-H3 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | PLANT PRO INC., | Date Filed (f) or Converted (c): | 11/20/2018 (f) |
| For the Period Ending: | 9/24/2020 | §341(a) Meeting Date: | 12/18/2018 |
| | | Claims Bar Date: | 03/25/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:** | Sold along with asset #6 | | | | | |
| **Ref. #** | | | | | | |
| 13 | 3 Computers $150.00 3 Printers $75.00 4 Telephones $100.00 3 Computer Speaker Set $15.00 4 Microsoft Software Disk $4.00 Located at: 35830 Brumlow Road Hempstead, TX 77445 | $344.00 | $1.00 | | $0.00 | FA |
| **Asset Notes:** | Sold along with asset #6 | | | | | |
| 14 | Visser PC-31 Transplanter & connected conveyors Located at: 35830 Brumlow Road Hempstead, TX 77445 | $35,000.00 | $1.00 | | $0.00 | FA |
| **Asset Notes:** | Sold along with asset #6 | | | | | |
| 15 | 2007 GMC T6500 255k Miles Located at: 35830 Brumlow Road Hempstead, TX 77445 | $19,000.00 | $1.00 | | $0.00 | FA |
| **Asset Notes:** | Sold along with asset #6 | | | | | |
| 16 | 2006 UD 2600 450k Miles Located at: 35830 Brumlow Road Hempstead, TX 77445 | $16,000.00 | $1.00 | | $0.00 | FA |
| **Asset Notes:** | Sold along with asset #6 | | | | | |
| 17 | 2012 UD 2600 215k Miles Located at: 35830 Brumlow Road Hempstead, TX 77445 | $21,000.00 | $1.00 | | $0.00 | FA |
| **Asset Notes:** | Sold along with asset #6 | | | | | |
| 18 | 2012 UD 2600 197k Located at: 35830 Brumlow Road Hempstead, TX 77445 | $22,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Sold along with asset #6 | | | | | |
| 19 | John Deere Model 3032 3.7 hours Located at: 35830 Brumlow Road Hempstead, TX 77445 | $7,500.00 | $0.00 | | $7,732.28 | FA |
| 20 | John Deere Model 2032 - 1.4k hrs Located at: 35830 Brumlow Road Hempstead, TX 77445 | $12,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Will abandon pursuant to 554(c) as burdensome to the Estate. John Deere & Company is the secured creditor that has a security interest in this asset to secure the debt that is of equal or greater value than the value of the asset. The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | |
| 21 | John Deere Model 3032 Located at: 35830 Brumlow Road Hempstead, TX 77445 | $14,000.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 5    Exhibit 8

| Case No.: | 18-36501-H3 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | PLANT PRO INC., | Date Filed (f) or Converted (c): | 11/20/2018 (f) |
| For the Period Ending: | 9/24/2020 | §341(a) Meeting Date: | 12/18/2018 |
| | | Claims Bar Date: | 03/25/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| | **Asset Notes:** Will abandon pursuant to 554(c) as burdensome to the Estate. John Deere & Company is the secured creditor that has a security interest in this asset to secure the debt that is of equal or greater value than the value of the asset. The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | |
| 22 | John Deere Model 2025R 1.5k Hours Total Value $14,000 Located at Brookside Equipment for $9,700 in repairs | $14,000.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** Will abandon pursuant to 554(c) as burdensome to the Estate. John Deere & Company is the secured creditor that has a security interest in this asset to secure the debt that is of equal or greater value than the value of the asset. The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | |
| 23 | Ford 350 Truck Does not run | Unknown | $1.00 | | $0.00 | FA |
| | **Asset Notes:** Sold along with asset #6 | | | | | |
| 24 | 2006 Nomad Camper 20 foot | $800.00 | $1.00 | | $0.00 | FA |
| | **Asset Notes:** Sold along with asset #6 | | | | | |
| 25 | 35830 Brumlow Road Hempstead, TX 77445  35830 Brumlow Road ABS A304100 A-41  JUSTO LIENDO TRACT 208-5 ACRES .6117  P/O 19.1748 AC | $489,240.00 | $0.00 | | $470,250.00 | FA |
| | **Asset Notes:** 0/26/19; #21; Order Approving The Trustee's Emergency Motion to (I) Sell Estate Assets Free and Clear of all Liens, Claims, Encumbrances and Interests (II) Approve Carve-Out with Respect to Property to be Sold at Auction and (III) Employ and Compensate Trazon Asset Advisors of Texas, LLC as Auctioneer | | | | | |
| 26 | 35830 Brumlow Road Hempstead, TX 77445  35830 Brumlow Road ABS A304100 A-41  JUSTO LIENDO TRACT 208-5 ACRES .6117  P/O 19.1748 AC | $1,100.00 | $1.00 | | $0.00 | FA |
| 27 | Internet domain names and websites  http://plantpronursery.com/ | $100.00 | $1.00 | | $0.00 | FA |
| | **Asset Notes:** Will abandon pursuant to 554(c) as burdensome to the Estate. The Property has a secured creditor that has a security interest in this asset to secure the debt that is of equal or greater value than the value of the asset. The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | |
| 28 | Verizon- Credit Refund                                    (u) | $0.00 | $70.27 | | $70.27 | FA |
| 29 | Cash on hand                                              (u) | $0.00 | $6.25 | | $6.25 | FA |

**TOTALS (Excluding unknown value)**                                                           **Gross Value of Remaining Assets**

|  | $809,528.19 | $20,096.52 | | $580,751.55 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 6     Exhibit 8

| Case No.: | 18-36501-H3 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | PLANT PRO INC., | Date Filed (f) or Converted (c): | 11/20/2018 (f) |
| For the Period Ending: | 9/24/2020 | §341(a) Meeting Date: | 12/18/2018 |
| | | Claims Bar Date: | 03/25/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 01/29/2020 | PENDING FINAL TAX RETURN AND ACCOUNTANT FEE APPLICATION. |
| 04/30/2019 | Initial claims review. After closing will need to get Waller county to withdraw secured claim - should be paid. IRS priority for 14,185........All others unsecured..... will need to follow up with Amegy? Zions Bank to amend after closing. |
| 03/12/2019 | auctioneer employed Tranzon Kelly Toney |
| | ORDERED, that by the earlier of 14 days after the Auction or (APRIL 9TH OR 16TH |
| | AUCTION DATES), the Trustee is authorized to remit the Amegy Payment to Amegy via wire |
| | transfer with such funds to be applied against the indebtedness owed to Amegy by the Debtor; it |
| | is further |
| | ORDERED, that the Trustee may take all such other and further action and execute all |
| | such documents as may be necessary to effectuate the sale of the Property authorized herein. |
| | Dated: _____ |
| | _____ |
| | EDUARDO V. RODRIGUEZ |
| | UNITED STATES BANKRUPTCY JUDGE |
| | February 26, |
| 01/25/2019 | CURRENTLY INVESTIGATING POTENTIAL SALE/AUCTION OF ALL ASSETS AND CARVE-OUT NEGOTIATIONS WITH SECURED CREDITOR. |
| 01/23/2019 | PENDING SALE OF ASSETS VIA AUCTIONEER |
| 01/08/2019 | Follow up on email sent to bank on 1/8/19 |

| Initial Projected Date Of Final Report (TFR): | 05/30/2020 | Current Projected Date Of Final Report (TFR): | /s/ JANET S. NORTHRUP |
|---|---|---|---|
| | | | JANET S. NORTHRUP |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-36501-H3 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | PLANT PRO INC., | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2446 | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | General Checking Account |
| For Period Beginning: | 11/20/2018 | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 9/24/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2019 | (29) | Cash | Cash | 1229-000 | $6.25 | | $6.25 |
| 02/22/2019 | (29) | DEP REVERSE: Cash | Cash | 1229-000 | ($6.25) | | $0.00 |
| 04/15/2019 | (6) | Andy Dung-Viet Dang | 02/26/19; #21 | 1129-000 | $87,400.00 | | $87,400.00 |
| 04/24/2019 | 1001 | Tranzon Asset Advisors of Texas, LLC | 02/26/19; #21 | * | | $35,051.35 | $52,348.65 |
| | | | Tranzon Asset Advisors of Texas, LLC   $(15,200.00) | 3610-000 | | | $52,348.65 |
| | | | Tranzon Asset Advisors of Texas, LLC   $(19,851.35) | 3620-000 | | | $52,348.65 |
| 05/13/2019 | | Andy Dung-Viet Dang | 02/26/19; #21 | * | $408,019.80 | | $460,368.45 |
| | {25} | | $470,250.00 | 1129-000 | | | $460,368.45 |
| | | | Auctioneer fees   $(42,750.00) | 3630-000 | | | $460,368.45 |
| | | | Property taxes   $(15,919.05) | 4700-000 | | | $460,368.45 |
| | | | Closing costs   $(3,561.15) | 2500-000 | | | $460,368.45 |
| 07/23/2019 | 1002 | Waller County Tax Assessor | Owner ID: O0022617 Plant Pro Inc. | 4700-000 | | $260.21 | $460,108.24 |
| 07/23/2019 | 1003 | Waller County Tax Assessor | Owner ID: O0038395 Dang Andy Mary My | 4700-000 | | $11.88 | $460,096.36 |
| 08/12/2019 | 1004 | Amegy Bank | 08/09/19; #27 | 4210-000 | | $345,637.00 | $114,459.36 |
| 10/14/2019 | | Transfer From: #*******6501 | Per trustee request. | 9999-000 | $11,354.86 | | $125,814.22 |
| 10/29/2019 | 1005 | International Sureties, LTD. | Bond Payment | 2300-000 | | $44.24 | $125,769.98 |
| 11/18/2019 | (19) | John Deere Financial | Overpayment from sale of John Deere Assets | 1129-000 | $7,732.28 | | $133,502.26 |
| 11/19/2019 | 1006 | HUGHES, WATTERS & ASKANASE | 11/15/19; #33 | * | | $49,509.19 | $83,993.07 |
| | | | HughesWattersAskanase   $(48,774.50) | 3110-000 | | | $83,993.07 |
| | | | HughesWattersAskanase   $(734.69) | 3120-000 | | | $83,993.07 |
| 04/16/2020 | 1007 | KenWood & Associates, P.C. | 04/15/20; #46 | * | | $9,851.40 | $74,141.67 |
| | | | KenWood & Associates, PC   $(9,675.40) | 3410-000 | | | $74,141.67 |
| | | | KenWood & Associates, PC   $(176.00) | 3420-000 | | | $74,141.67 |
| 07/20/2020 | 1008 | Janet S. Northrup | Trustee Compensation | 2100-000 | | $32,287.58 | $41,854.09 |
| 07/20/2020 | 1009 | Janet S. Northrup | Trustee Expenses | 2200-000 | | $570.86 | $41,283.23 |
| 07/20/2020 | 1010 | Penske Truck Leasing Co., L.P. | Distribution on Claim #: 1; Amount Allowed: 3,959.20; Claim #: 1; Distribution Dividend: 2.44; | 7100-000 | | $96.56 | $41,186.67 |
| | | | SUBTOTALS | | $514,506.94 | $473,320.27 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-36501-H3 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | PLANT PRO INC., | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2446 | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | General Checking Account |
| For Period Beginning: | 11/20/2018 | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 9/24/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/20/2020 | 1011 | Star Rose & Plants | Distribution on Claim #: 2; Amount Allowed: 18,635.68; Claim #: 2; Distribution Dividend: 2.44; | 7100-000 | | $454.50 | $40,732.17 |
| 07/20/2020 | 1012 | Capital One Bank (USA), N.A. | Distribution on Claim #: 3; Amount Allowed: 64,508.03; Claim #: 3; Distribution Dividend: 2.44; | 7100-000 | | $1,573.26 | $39,158.91 |
| 07/20/2020 | 1013 | Zions Bancorporation, N.A., d/b/a Amegy Bank | Distribution on Claim #: 4; Amount Allowed: 751,503.60; Claim #: 4; Distribution Dividend: 2.44; | 7100-000 | | $18,328.14 | $20,830.77 |
| 07/20/2020 | 1014 | Texas Mutual Insurance Company | Distribution on Claim #: 6; Amount Allowed: 6,134.59; Claim #: 6; Distribution Dividend: 2.44; | 7100-000 | | $149.61 | $20,681.16 |
| 07/20/2020 | 1015 | Internal Revenue Service | Distribution on Claim #: 7; Amount Allowed: 14,185.23; Claim #: 7; Distribution Dividend: 100.00; | 5800-000 | | $14,185.23 | $6,495.93 |
| 07/20/2020 | 1016 | Internal Revenue Service | Distribution on Claim #: 7; Amount Allowed: 344.47; Claim #: 7; Distribution Dividend: 2.44; | 7100-000 | | $8.41 | $6,487.52 |
| 07/20/2020 | 1017 | Nitro-Phos Fertilizers Inc. | Distribution on Claim #: 8; Amount Allowed: 42,186.26; Claim #: 8; Distribution Dividend: 2.44; | 7100-000 | | $1,028.86 | $5,458.66 |
| 07/20/2020 | 1018 | Ball Horticultural Company | Distribution on Claim #: 9; Amount Allowed: 222,976.60; Claim #: 9; Distribution Dividend: 2.44; | 7100-000 | | $5,438.09 | $20.57 |
| 07/20/2020 | 1019 | San Bernard Electric | Distribution on Claim #: 10; Amount Allowed: 843.48; Claim #: 10; Distribution Dividend: 2.44; | 7100-000 | | $20.57 | $0.00 |
| | | | SUBTOTALS | | $0.00 | $41,186.67 | |

# FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 18-36501-H3 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | PLANT PRO INC., | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2446 | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | General Checking Account |
| For Period Beginning: | 11/20/2018 | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 9/24/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $514,506.94 | $514,506.94 | $0.00 |
| | | | Less: Bank transfers/CDs | | $11,354.86 | $0.00 | |
| | | | **Subtotal** | | $503,152.08 | $514,506.94 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $503,152.08 | $514,506.94 | |

| For the period of 11/20/2018 to 9/24/2020 | | For the entire history of the account between 12/19/2018 to 9/24/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $565,382.28 | Total Compensable Receipts: | $565,382.28 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $565,382.28 | Total Comp/Non Comp Receipts: | $565,382.28 |
| Total Internal/Transfer Receipts: | $11,354.86 | Total Internal/Transfer Receipts: | $11,354.86 |
| | | | |
| Total Compensable Disbursements: | $576,737.14 | Total Compensable Disbursements: | $576,737.14 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $576,737.14 | Total Comp/Non Comp Disbursements: | $576,737.14 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 4    Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| **Case No.** | 18-36501-H3 | | **Trustee Name:** | Janet S. Northrup |
|---|---|---|---|---|
| **Case Name:** | PLANT PRO INC., | | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***2446 | | **Checking Acct #:** | ******6501 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Cash Collateral Account |
| **For Period Beginning:** | 11/20/2018 | | **Blanket bond (per case limit):** | $69,990,000.00 |
| **For Period Ending:** | 9/24/2020 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/19/2018 | (4) | Blackburn Services LLC | SBI-7265 | 1121-000 | $550.00 | | $550.00 |
| 12/19/2018 | (4) | Hutto Feed & Landscape Supplies, LLC | Accounts Receivable Ref: SBI-6600 | 1121-000 | $550.00 | | $1,100.00 |
| 12/19/2018 | (4) | Growth Services | Accounts receivable Ref: SBI-7237 | 1121-000 | $1,848.00 | | $2,948.00 |
| 12/19/2018 | (4) | Blackburn Services LLC | Accounts receivable Ref: SBI-7207, 7222, 7257 | 1121-000 | $1,107.50 | | $4,055.50 |
| 01/09/2019 | (4) | SiteOne Landscaping Supply LLC | Accounts Receivable | 1121-000 | $8,464.75 | | $12,520.25 |
| 01/09/2019 | (28) | Verizon | Credit Refund | 1229-000 | $70.27 | | $12,590.52 |
| 01/29/2019 | (4) | Westco Grounds Maintenance | LM/8819/4176/summer flowers | 1121-000 | $2,772.50 | | $15,363.02 |
| 02/22/2019 | (29) | Cash | Cash on hand | 1229-000 | $6.25 | | $15,369.27 |
| 02/22/2019 | 2001 | Hughes Watters Askanase | Reimbursement of payment made to San Bernard Electric for electricity bill | 2990-000 | | $738.46 | $14,630.81 |
| 02/22/2019 | 2002 | George Adams & Company Insurance Agency LLC | Great American policy | 2990-000 | | $2,500.00 | $12,130.81 |
| 02/25/2019 | 2003 | George Adams & Company Insurance Agency LLC | Liability Coverage | 2990-000 | | $775.95 | $11,354.86 |
| 10/14/2019 | | Transfer To: #*******6501 | Per trustee request. | 9999-000 | | $11,354.86 | $0.00 |

| | | | | **SUBTOTALS** | $15,369.27 | $15,369.27 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 18-36501-H3 | **Trustee Name:** | Janet S. Northrup |
| **Case Name:** | PLANT PRO INC., | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***2446 | **Checking Acct #:** | ******6501 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Cash Collateral Account |
| **For Period Beginning:** | 11/20/2018 | **Blanket bond (per case limit):** | $69,990,000.00 |
| **For Period Ending:** | 9/24/2020 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | |
|---|---|---|---|
| **TOTALS:** | $15,369.27 | $15,369.27 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $11,354.86 | |
| **Subtotal** | $15,369.27 | $4,014.41 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $15,369.27 | $4,014.41 | |

**For the period of 11/20/2018 to 9/24/2020**

| | |
|---|---|
| Total Compensable Receipts: | $15,369.27 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,369.27 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,014.41 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,014.41 |
| Total Internal/Transfer Disbursements: | $11,354.86 |

**For the entire history of the account between 12/19/2018 to 9/24/2020**

| | |
|---|---|
| Total Compensable Receipts: | $15,369.27 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,369.27 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,014.41 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,014.41 |
| Total Internal/Transfer Disbursements: | $11,354.86 |

**FORM 2**

Page No: 6    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** 18-36501-H3 | **Trustee Name:** | Janet S. Northrup |
| **Case Name:** PLANT PRO INC., | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** **-***2446 | **Checking Acct #:** | ******6501 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | Cash Collateral Account |
| **For Period Beginning:** 11/20/2018 | **Blanket bond (per case limit):** | $69,990,000.00 |
| **For Period Ending:** 9/24/2020 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $518,521.35 | $518,521.35 | $0.00 |

**For the period of 11/20/2018 to 9/24/2020**

| | |
|---|---|
| Total Compensable Receipts: | $580,751.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $580,751.55 |
| Total Internal/Transfer Receipts: | $11,354.86 |
| | |
| Total Compensable Disbursements: | $580,751.55 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $580,751.55 |
| Total Internal/Transfer Disbursements: | $11,354.86 |

**For the entire history of the case between 11/20/2018 to 9/24/2020**

| | |
|---|---|
| Total Compensable Receipts: | $580,751.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $580,751.55 |
| Total Internal/Transfer Receipts: | $11,354.86 |
| | |
| Total Compensable Disbursements: | $580,751.55 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $580,751.55 |
| Total Internal/Transfer Disbursements: | $11,354.86 |

/s/ JANET S. NORTHRUP

JANET S. NORTHRUP